**Thomas M. FAIR, Jr., also known as Thomas Marvin Fair, also known as Thomas Marvin Fair, Jr., Plaintiff–Appellant,**

v.

**Brian P. STIRLING, Director of the South Carolina Department of Corrections; Michael McCall, Division Director Operations at the South Carolina Department of Corrections; Dennis Bush; James Sligh; PREA Committee Members; R. Hilton; Wil-**

lie Davis; Thomas Commander; Steven Nolan, individually and in his/her official capacities, Defendants–Appellees.

No. 15–6262.

United States Court of Appeals, Fourth Circuit.

Submitted: July 21, 2015.

Decided: July 23, 2015.

Thomas Marvin Fair, Jr., Appellant Pro Se.

Before WILKINSON and MOTZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Marvin Fair, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fair v. Stirling,* No. 6:14–cv–04882–RMG (D.S.C. Feb. 4, 2015). We deny Fair's motion for appointment of counsel, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*